UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br>      Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> 14.259 ACRES OF LAND, MORE OR LESS, ) <br> ) <br> SITUATE IN DOÑA ANA COUNTY, STATE OF ) <br> ) <br> NEW MEXICO; CATHOLIC DIOCESE OF LAS ) <br> ) <br> CRUCES; AND DOÑA ANA COUNTY ) <br> ) <br> TREASURER, ) <br> ) <br>      Defendants. | CIVIL NO.   2:26-cv-01458 |

## COMPLAINT IN CONDEMNATION

1.     This is a civil action brought by the United States of America, at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, for the taking of property located in Dona Ana County, New Mexico, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1358.  The Court has venue under 28 U.S.C. § 1403.

3.     The authority for the acquisition of the estates in the property taken is set forth in Schedule A.

4.     The public purpose for which the property is taken is set forth in Schedule B.

5.     The legal description of the property taken is set forth in Schedule C.

6.      A map or plat showing the lands being taken is set forth in Schedule D.

7.      The estates taken in the property is set forth in Schedule E.

8.      The amount estimated to be just compensation for the taking, which sum I caused to be deposited in the Registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F. I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

9.      The names and addresses of known parties who have or may claim an interest in said property are set forth in Schedule G.

10.     The United States of America made best efforts to negotiate acquisition of the property interests sought prior to filing this condemnation action.

WHEREFORE, Plaintiff United States of America requests judgment that the property interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED: May 7, 2026                                   Respectfully submitted,

                                                     UNITED STATES OF AMERICA

                                             By: s/ Charlotte Huffman

                                                     CHARLOTTE HUFFMAN
                                                     Bar No. 6296779 (IL)
                                                     ANNELISE M. PINTO
                                                     Bar No. 353929 (CA)
                                                     Land Acquisition Section
                                                     Environment & Natural Resources Division
                                                     P.O. Box 7611
                                                     Ben Franklin Station
                                                     Washington, D.C. 20002
                                                     Telephone: (202) 305-0282
                                                     Facsimile: (202) 514-8865
                                                     E-mail: charlotte.huffman@usdoj.gov
                                                             annelise.pinto@usdoj.gov

                                                     *Attorneys for Plaintiff United States of America*

3