## SCHEDULE C

## LEGAL DESCRIPTION

Doña Ana County, New Mexico

Tract: EPT-STN-2001
Owner:  Catholic Diocese of Las Cruces
Acres: 11.822

**Being** a 11.822 acre (514,951 square feet) tract, more or less, out of a called 200.76 acre tract, surveyed 204.145 acres, being a part of lots 7, 8, 9, 10, 11 and the South half of the Northwest quarter of Section 16, Township 29, South, Range 4, East, conveyed to the Catholic Diocese of Las Cruces by warranty deed recorded in instrument no. 8501501, records of Dona Ana County, New Mexico. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped EMC-02, having the following NAD83 (2011) Grid Coordinates: N= 289359.808, E= 1552189.398;

**Thence:** S13°59'53"W, a distance of 4,243.31 feet to a found concrete marker, being International boundary monument No. 2 on the South line of the Jobe Concrete Products, Inc. tract, described in Instrument No. 038742, lying in Section 16, Township 29, South, Range 4, East, Dona Ana County, New Mexico, said point being the **Point of Commencement**, having the following coordinates: N=285242.507, E=151162.987;

**Thence:** along said international boundary, N89°50'45"W, a distance of 284.32 feet to a set 5/8" rebar and aluminum cap stamped EPT-STN-2003-2=2000-1, being the Southeastern corner of this tract, South line of the Catholic Diocese of Las Cruces tract, described in Instrument No. 8501501, and the **Point of Beginning**, having the following coordinates: N=285243.271, E=1550878.673;

**Thence:** N89° 50' 45"W for a distance of 3200.73 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-2000-2, being the Southwestern corner of this tract, the Southwest corner of Section 16, T-29-S, R-4-E, being on the South line of said Catholic Diocese of Las Cruces tract, and the Southeast corner of the 60' wide Roosevelt Easement, described in GLO supplement plat of the Northeast quarter of Section 17 Township 29, South, Range 4, for angle;

**Thence:** along the Section line common to Sections 16 and 17, T-29-S, R-4-E, N00° 10' 25"E for a distance of 60.00 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-2000-3, being the Northwestern corner of said 60' wide Roosevelt Easement, and the Southeast corner of the Catholic Diocese of Las Cruces tract, recorded in Instrument no. 9910227, for point on line;

## SCHEDULE C (Cont.)

**Thence:** continue along said Section line common to Sections 16 and 17, T-29-S, R-4-E, leaving said 60' wide Roosevelt Easement, N00° 10' 25"E for a distance of 100.00 feet to a calculated point, designated as EPT-STN-2001-4=2001-1-4, being the Northwestern corner of this tract, for angle;

**Thence:** leaving said Section line, S89° 50' 45"E for a distance of 3236.14 feet to a calculated point, designated as EPT-STN-2001-5, being the Northeast corner of this tract and on the East line of the Catholic Diocese of Las Cruces tract, recorded in Instrument no. 8501501 and on the West line of the Jobe Concrete Products, Inc. tract, recorded in Instrument no. 038742, for angle.

**Thence:** continue along said property line, S12° 39' 06"W for a distance of 102.43 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-2003-3=2000-10, for point on line;

**Thence:** continue along said property line, S12° 39' 06"W for a distance of 61.46 feet, returning to the **Point of Beginning**.

## **SCHEDULE C (Cont.)**

Tract: EPT-STN-2001-1
Owner: Catholic Diocese of Las Cruces
Acres: 1.554

**Being** a 1.554 acre (67,671 square feet) tract, more or less, out of a called 67.60 acre tract, surveyed 68.868 acres, being out of the South half of the Northwest quarter of the Northwest quarter of Section 16, Township 29, South, Range 4, East, and a part of lot 7 and the East half of the East half of the Northeast quarter of Section 17, Township 29, South, Range 4, East, conveyed to the Catholic Diocese of Las Cruces by warranty deed recorded in instrument no. 9910227, records of Dona Ana County, New Mexico. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped EMC-01, having the following NAD83 (2011) Grid Coordinates: N= 289746.012, E= 1541921.585;

**Thence:** S75°54'12"E, a distance of 5,247.42 feet to a found 2" iron pipe on the North line of Section 17, T-29-S, R-4-E, being the Northeast corner of the parent tract owned by the City of Sunland Park and the Northwest corner of the Catholic Diocese of Las Cruces tract, warranty deed recorded in instrument no. 9910227, said point being the **Point of Commencement**, having the following coordinates: N=288467.965, E=1547010.989;

**Thence:** S11°56'08"E, a distance of 3225.83 feet to a set 5/8" rebar and aluminum cap stamped EPT-STN-2000-3, being on the Section line common to Sections 16 and 17, T-29-S, R-4-E, the Southeastern corner of this tract, The Southeast corner of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 9910227, Northeast corner of the Roosevelt Reservation tract, described in the GLO supplemental plat of the Northeast quarter of Section 17, T-29-S, R-4-E, and on the West line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 8501501, said point being the **Point of Beginning**, having the following coordinates: N=285311.877, E=1547678.139;

**Thence:** leaving said Section line, along the North line of said Roosevelt Reservation tract, N89° 50' 21"W for a distance of 676.71 feet to a calculated point designated as EPT-STN-2001-1-2=2002-5, being the Southwestern corner of this tract, the Southwest corner of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 9910227,and the Southeastern corner of said City of Sunland Park tract, for angle;

**Thence:** leaving said Roosevelt Reservation tract, along said East line of the City of Sunland Park tract and the West line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 9910227, N00° 10' 25"E for a distance of 100.00 feet to a calculated point designated as EPT-STN-2001-1-3=2002-4, being the Northwestern corner of this tract, for angle;

**<u>SCHEDULE C (Cont.)</u>**

**Thence:** leaving said property line, S89° 50' 21"E for a distance of 676.71 feet to a calculated point designated as EPT-STN-2001-4=2001-1-4, being the Northeastern corner of this tract, on the East line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 9910227 and the West line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 8501501, for angle;

**Thence:** continue along said property line, S00° 10' 25"W for a distance of 100.00 feet, returning to the **Point of Beginning**.

## SCHEDULE C (Cont.)

Tract: EPT-STN-2001E
Owner:  Catholic Diocese of Las Cruces
Acres: 0.883

**Being** a 0.883 of one acre (38,465 square feet) easement tract, more or less, out of a called 200.76 acre tract, surveyed 199.728 acres, being a part of lots 7, 8, 9, 10, 11 and the South half of the Northwest quarter of Section 16, Township 29, South, Range 4, East, conveyed to the Catholic Diocese of Las Cruces by warranty deed recorded in instrument no. 8501501, records of Dona Ana County, New Mexico. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped EMC-01, having the following NAD83 (2011) Grid Coordinates: N= 289746.012, E= 1541921.585;

**Thence:** S83°34'27"W, a distance of 7,585.54 feet to a found capped rebar, being on the South line of the Insights-New Mexico Science Center Inc. tract, warranty deed recorded in Instrument no. 0519223, which was purchased out of the original tract described in the Jobe Concrete Products Inc. tract, warranty deed recorded in instrument no. 038742, said point being the **Point of Commencement**, having the following coordinates: N=288897.059, E=1549459.467;

**Thence:** S29°14'15"E, a distance of 3,272.49 feet to a set 5/8" rebar and aluminum cap stamped EPT-STN-2001E-1=2003E-1, being the Northeastern corner of this easement, set 20 feet from the centerline of the easement, on the East line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 8501501 and the West line of the remainder of the Jobe Concrete Products Inc. tract, warranty deed recorded in instrument no. 038742, and the **Point of Beginning**, having the following coordinates: N=286041.475, E=1551057.850;

**Thence:** along said property line, S12° 39' 06"W for a distance of 60.30 feet to a set 5/8" rebar and aluminum cap, stamped EPT-STN-2001E-2=2003E-12, being the Southeastern corner of this easement, set 20 feet from the centerline of the easement, on the West line of the Jobe Concrete Products Inc. tract, warranty deed recorded in instrument no. 038742, and the East line of the Catholic Diocese of Las Cruces tract, warranty deed recorded in Instrument no. 8501501, for angle;

**Thence:** leaving said property line, S45° 47' 21"W for a distance of 560.69 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-3 for angle;

**Thence:** S61° 18' 14"W for a distance of 283.58 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-4 for angle;

**SCHEDULE C (Cont.)**

**Thence:** S43° 34' 32"W for a distance of 70.12 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-5, being the Southeastern corner of this easement, for angle;

**Thence:** N89° 50' 45"W for a distance of 55.07 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2000-4=2001E-6, being the Southwestern corner of this easement, for angle;

**Thence:** N43° 34' 32"E for a distance of 114.21 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-7 for angle;

**Thence:** N61° 18' 14"E for a distance of 284.37 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-8 for angle;

**Thence:** N45° 47' 21"E for a distance of 581.02 feet to a calculated point, 20 feet from the centerline of the easement, designated as EPT-STN-2001E-9 for angle;

**Thence:** N61° 41' 08"E for a distance of 25.70 feet, returning to the **Point of Beginning**.