**SCHEDULE E**

ESTATE TAKEN

Doña Ana County, New Mexico

**Tracts: EPT-STN-2001, EPT-STN-2001-1**

The estate taken is a fee simple acquisition subject to existing easements of record for public roads and highways, public utilities, railroads, and pipelines; and subject to all recorded interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals. The estate excludes all recorded interests in water rights associated with or appurtenant to the land, and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the facility.

ESTATE TAKEN
Doña Ana County, New Mexico

**Tract: EPT-STN-2001E**

The estate taken is a non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the lands described in Exhibit C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.