## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land(s) being taken is ONE HUNDRED EIGHTY-THREE THOUSAND SEVENTY-ONE DOLLARS AND NO/100 ($183,071.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT EPT-STN-2001:**

The sum estimated as just compensation for the land acquired is ONE HUNDRED FIFTY-THREE THOUSAND SIX HUNDRED EIGHTY-SIX DOLLARS AND 00/100 ($153,686.00).

**TRACT EPT-STN-2001-1:**

The sum estimated as just compensation for the land acquired is TWENTY THOUSAND TWO HUNDRED TWO DOLLARS AND 00/100 ($20,202.00).

**TRACT EPT-STN-2001E:**

The sum estimated as just compensation for the land acquired is NINE THOUSAND ONE HUNDRED EIGHTY-THREE DOLLARS AND 00/100 ($9,183.00).