## SCHEDULE D

## MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



**PLAT SHOWING A 11.822 ACRE (514,951 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF A PART OF LOTS 7, 8, 9, 10, 11 AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 29 SOUTH, RANGE 4 EAST, DONA ANA COUNTY, NEW MEXICO, CONVEYED TO THE CATHOLIC DIOCESE OF LAS CRUCES BY WARRANTY DEED RECORDED IN INSTRUMENT NO. 8501501, RECORDS OF DONA ANA COUNTY, NEW MEXICO.**

I, WILLIAM GRAY, NEW MEXICO REGISTERED PROFESSIONAL SURVEYOR NO. 20162, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF NEW MEXICO; AS PROMULGATED BY THE NEW MEXICO BOARD OF PROFESSIONAL LAND SURVEYORS.

WILLIAM GRAY    R.P.L.S. 20162

| AREA TABLE | |
|---|---|
| **AREA** | **ACRES** |
| PARENT TRACT | ±204.145 |
| TAKING TRACT | ±11.822 |
| SAVE AND EXCEPT | ±0.00 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | ±0.00 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | ±192.323 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | ±0.000 |

GRID NORTH

SCALE: 1" = 1000'
COMBINED SCALE FACTOR: 0.9997345015
CONVERGENCE ANGLE: -0° 10' 02"

| SHEET NUMBER 13 OF 13 | METES & BOUNDS SURVEY CATHOLIC DIOCESE OF LAS CRUCES TRACT NO. EPT-STN-2001 DONA ANA COUNTY, NEW MEXICO |
|---|---|

EMC PROJECT NO. 25-044    FILE NAME: EPT-STN-2001.DWG    DATE: 11/5/2025

# SCHEDULE D (Cont.)



PLAT SHOWING A 1.553 ACRE (67,670 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 29 SOUTH, RANGE 4 EAST AND A PART OF LOT 7 AND THE EAST HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 17, TOWNSHIP 29 SOUTH, RANGE 4 EAST, DONA ANA COUNTY, NEW MEXICO, CONVEYED TO THE CATHOLIC DIOCESE OF LAS CRUCES BY WARRANTY DEED RECORDED IN INSTRUMENT NO. 9910227, RECORDS OF DONA ANA COUNTY, NEW MEXICO.

I, WILLIAM GRAY, NEW MEXICO REGISTERED PROFESSIONAL SURVEYOR NO. 20162, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF NEW MEXICO; AS PROMULGATED BY THE NEW ........ VEYORS.



WILLIAM GRAY        R.P.L.S. 20162

| AREA TABLE | |
|---|---|
| AREA | ACRES |
| PARENT TRACT | ±68.868 |
| TAKING TRACT | ±1.553 |
| SAVE AND EXCEPT | ±0.00 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | ±0.00 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | ±67.315 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | ±0.000 |



SCALE: 1" = 1000'
COMBINED SCALE FACTOR: 0.9997345015
CONVERGENCE ANGLE: -0° 10' 02"



METES & BOUNDS SURVEY
CATHOLIC DIOCESE OF LAS CRUCES
TRACT NO. EPT-STN-2001-1
DONA ANA COUNTY, NEW MEXICO

SHEET NUMBER 6 OF 6





EMC PROJECT NO. 25-044      FILE NAME: EPT-STN-2001-1.DWG      DATE: 11/6/2025

## SCHEDULE D (Cont.)



PLAT SHOWING A 0.883 ACRE (38,465 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF A PART OF LOTS 7, 8, 9, 10, 11 AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 29 SOUTH, RANGE 4 EAST, DONA ANA COUNTY, NEW MEXICO, CONVEYED TO THE CATHOLIC DIOCESE OF LAS CRUCES BY WARRANTY DEED RECORDED IN INSTRUMENT NO. 8501501, RECORDS OF DONA ANA COUNTY, NEW MEXICO.

I, WILLIAM GRAY, NEW MEXICO REGISTERED PROFESSIONAL SURVEYOR NO. 20162, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PERFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF NEW MEXICO; AS PROMULGATED BY THE NEW MEXICO BOARD OF PROFESSIONAL LAND SURVEYORS.

| AREA TABLE | |
| --- | --- |
| AREA | ACRES |
| PARENT TRACT | ±199.728 |
| TAKING TRACT | ±0.883 |
| SAVE AND EXCEPT | ±0.00 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | ±0.00 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | ±193.945 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | ±4.900 |

SCALE: 1" = 1000'
COMBINED SCALE FACTOR: 0.9997345015
CONVERGENCE ANGLE: -0° 10' 02"

WILLIAM GRAY     R.P.L.S. 20162

SHEET NUMBER 7 OF 7

METES & BOUNDS SURVEY
CATHOLIC DIOCESE OF LAS CRUCES
TRACT NO. EPT-STN-2001E
DONA ANA COUNTY, NEW MEXICO

EMC PROJECT NO. 25-044     FILE NAME: EPT-STN-2001E.DWG     DATE: 11/6/2025