## <u>SCHEDULE G</u>

<u>INTERESTED PARTIES</u>

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Catholic Diocese of Las Cruces**<br>1280 Med Park Dr.<br>Las Cruces, NM 88005<br><br>*Please serve:*<br>Kathryn Brack Morrow<br>Registered Agent<br>Mann Morrow PLLC<br>1730 Tierra de Mesilla, Suite 4<br>Las Cruces, NM 88005 | A 200.76 acre tract of land in the certain Warrant Deed dated January 21, 1985 from The Most Reverend S.M. Metzger, Catholic Bishop of El Paso to the Catholic Diocese of Las Cruces in volume 293, Page 515 of the Deed Records of Doña Ana County, New Mexico and;<br><br>A 67.60 acre parcel, tract of land in the certain Patent dated June 17, 1948 from United States of America to the Catholic Diocese of Las Cruces in volume 175, Page 132 of the Deed Records of Doña Ana County, New Mexico. |
| **Doña Ana County Treasurer**<br>Marisol Richardson<br>845 N. Motel Blvd<br>Las Cruces, NM 88007<br><br>*Please serve:*<br>Cari Neill<br>Deputy County Attorney<br>845 N. Motel Blvd<br>Las Cruces, NM 88007 | Taxing Authority |