UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 2:26-cv-01458 |
| ) | |
| 14.259 ACRES OF LAND, MORE OR LESS, ) | |
| ) | |
| SITUATE IN DONA ANA COUNTY, STATE OF ) | |
| ) | |
| NEW MEXICO; CATHOLIC DIOCESE OF LAS ) | |
| ) | |
| CRUCES; AND DONA ANA COUNTY ) | |
| ) | |
| TREASURER. ) | |
| | |
| Defendants. | |

## NOTICE OF CONDEMNATION

**TO:**   **Catholic Diocese of Las Cruces**
c/o Kathryn Brack Morrow, Registered Agent
Mann Morrow PLLC
1730 Tierra de Mesilla, Suite 4
Las Cruces, NM 88005

**Dona Ana County Treasurer**
c/o Cari Neill, Deputy County Attorney
845 N. Motel Blvd.
Las Cruces, NM 88007

YOU ARE HEREBY NOTIFIED that Plaintiff United States of America has filed a

Complaint in Condemnation and a Declaration of Taking under 40 U.S.C. §§ 3113 and 3114

in the United States District Court for the District of New Mexico to condemn certain estates,

described in Schedule E attached hereto, in the property described in Schedule C and depicted

in Schedule D, attached hereto.  The authority for the taking is set forth in Schedule A,

attached hereto.  The uses for which the property is to be taken are set forth in Schedule B,

attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you may serve an Answer upon Plaintiff's attorney at the address listed below within 21 days after this Notice was served upon you, excluding of the date of service. The Answer must identify the property in which you claim an interest, state the nature and extent of the interest claimed, and state all your objections and defenses to the taking of the property. You waive any objections or defenses not stated in your answer.

A failure to serve an Answer constitutes consent to the taking and to the Court's authority to proceed with the action and to fix the just compensation.  It shall also constitute a waiver of all defenses and objections to the taking.

If you have no objection or defense to the taking, you may file and serve on the Plaintiff's attorney a Notice of Appearance, and thereafter you shall receive notice of all proceedings in this matter.

You may present evidence at the trial of the issue of just compensation as to the amount of compensation to be paid for the property acquired herein whether or not you have answered or served a Notice of Appearance, and you may share in the distribution of the award for compensation.

Unless you file a Notice of Appearance, however, this proceeding may proceed to pretrial or trial without further notice to you.

You are further notified that all persons, firms, and corporations named as Defendants herein are joined as Defendants generally to the end that all right, title, interest and estate of all said Defendants to any and all of the lands herein involved shall be divested out of them to the extent of the estate taken in the Declaration of Taking.

You are further notified that a Declaration of Taking has been filed in this case whereby the interest condemned vests in the United States when the estimated just compensation as set forth in Schedule F is deposited in the registry of the court in an interest-bearing account for the use of the persons entitled to them.

DATED: May 7, 2026

Respectfully submitted,

UNITED STATES OF AMERICA

By: s/ Charlotte Huffman

CHARLOTTE HUFFMAN
Bar No. 6296779 (IL)
ANNELISE M. PINTO
Bar No. 353929 (CA)
Land Acquisition Section
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20002
Telephone: (202) 305-0282
Facsimile: (202) 514-8865
E-mail: charlotte.huffman@usdoj.gov
annelise.pinto@usdoj.gov

*Attorneys for Plaintiff United States of America*

3