UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
                          )
        Plaintiff,         )
                          )
    v.                    )        No. 2:26-cv-01458-KG-GBW
14.259 ACRES OF LAND, MORE OR   )
LESS, SITUATED IN DOÑA ANA   )
COUNTY, STATE OF NEW MEXICO, et   )
al.                       )
                          )
        Defendants.       )
_____  )

**<u>NOTICE OF CERTIFICATE OF GOOD STANDING</u>**

Pursuant to D.N.M. LR-CV 83.3, undersigned counsel files this Certificate in support of

the admission *pro hac vice* of William Powell, Jonathan L. Backer, and Mary B. McCord in this

case on behalf of Defendant Catholic Diocese of Las Cruces in the above-titled cause of action.

1.  The offices of Mr. Powell, Mr. Backer, and Ms. McCord are located at 600 New Jersey

Avenue NW, Washington, DC 20001.

2.  Mr. Powell and Ms. McCord are currently admitted to practice in the District of Columbia,

and Mr. Backer is currently admitted to practice in the State of New York. They are currently in

good standing with such courts and have never been suspended or disbarred in any court.

3.  Seth Wayne is a member in good standing with the Federal Bar of the United States District

Court for the District of New Mexico and is associated with Mr. Powell, Mr. Backer, and Ms.

McCord.

4.  The undersigned counsel certifies the foregoing is true and correct.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Seth Wayne*

Seth Wayne
INSTITUTE FOR CONSTITUTIONAL
 ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, DC  20001
(202) 662-4912
sw1098@georgetown.edu

*Attorney for Defendant Roman Catholic Diocese of Las Cruces*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court and served a copy upon all counsel of record registered to receive notice via the Court's CM/ECF system.

*/s/ Seth Wayne*
Seth Wayne

2