# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
vs. )   CIVIL NO.   2:26-cv-01458-KG-GBW
)
14.259 ACRES OF LAND, MORE OR LESS, )
)
SITUATE IN DOÑA ANA COUNTY, STATE OF )
)
NEW MEXICO; CATHOLIC DIOCESE OF LAS )
)
CRUCES, et al., )

Defendants.

I, PAUL ENRIQUEZ, hereby declare as follows:

1.      I am employed as the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security.  I make this declaration based on my personal knowledge of the matters recited or based upon information available to me from the files maintained by my office in this matter.

2.      Congress provided funding for the construction of border barrier along the southwest border in the El Paso Sector. The United States plans to construct border barrier in the El Paso Sector in Doña Ana County, New Mexico. The tracts identified in this case are part of the project. The United States needs immediate possession of the subject property in order to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the state of New Mexico.

1

3.      The Act of Congress approved July 4, 2025, as Public Law 119-21, tit. IX, sec. 90001, 139 Stat. 72, 357-58, appropriated the funds that shall be used for the taking.

4.      The subject land in this taking is in the vicinity of the United States-Mexico border.

5.      Pursuant to its delegated authority, U.S. Customs and Border Protection, Department of Homeland Security has determined that the subject land is an appropriate location for infrastructure, access roads, and staging and work areas needed for construction of border barrier, which will be practical and effective in securing the border and deterring smuggling and illegal entry.

6.      The United States requires prompt access to the subject land so that it can proceed with the foregoing border barrier construction.

7.      The subject property adjoins other tracts of land already owned and possessed by the United States, and the United States needs possession of the subject property to proceed on this project. The United States has awarded task orders and issued notices to proceed with material acquisition, fabrication, construction, and other activities related to border barrier construction. The United States cannot construct border barrier as directed by Congress until it has possession of the subject property.

8.      The United States' acquisition of the subject property will not interfere with the shrine of Mount Cristo Rey, which is located approximately one-quarter mile north of the border. The area of taking does not cross or impact the marked trail leading to the summit of the shrine.

9.      The United States has fully met its obligation to negotiate with the landowner in good faith but has been unable to come to an agreement with the landowner regarding this matter.

10.     The United States will incur significant monetary damages arising from delayed contract performance if possession of the subject land is not obtained promptly.

2

11.     The national security interests of the United States will be harmed if possession of the subject land is not obtained promptly.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __7th___ day of May, 2026, in Washington, D.C.

By:     Paul Enriquez
Digitally signed by Paul Enriquez
Date: 2026.05.07 08:59:41 -04'00'

PAUL ENRIQUEZ
Acquisition Program Manager
U.S. Border Patrol Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
Department of Homeland Security