IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                      Civ. No. 26-1458 KG/GBW

14.259 ACRES OF LAND, MORE OR LESS,
SITUATED IN DOÑA ANA COUNTY,
STATE OF NEW MEXICO, *et al.*,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY BRIEFING

THIS MATTER comes before the Court on Defendant Roman Catholic Diocese of Las Cruces' ("Diocese") Motion to Stay Briefing on Plaintiff's Motion for Order of Immediate Possession, or, in the Alternative, for an Extension of Time to File its Response. *Doc. 23.* The Diocese requests a stay of briefing on the United States' Motion for Order of Immediate Possession (*doc. 22*) until the United States' previously-filed Motion for Leave to Deposit Funds into Court Registry (*doc. 6*) has been resolved and the Diocese has filed its answer to the complaint. *Doc. 23 at 1.* In the alternative, the Diocese requests an extension of 16 days to file its response. *Id.*

In support of the requested stay, the Diocese argues that briefing the Government's right to immediate possession of the land is premature until the Court determines whether the Government may condemn and take title to the land. *Id.* at 2.

The Diocese emphasizes that its deadline to file an answer to the complaint is not until July 6, 2026.  *Id*.  In support of the requested extension, the Diocese represents that it needs additional time to prepare its response, evaluate the evidence submitted by the Government, and gather and present evidence of its own.  *Id*. at 3.  The Government opposes both a stay of briefing and the alternative request for an extension.  *Doc. 24*.

Having reviewed the parties' briefing and being otherwise fully advised, the Court finds the Diocese has provided insufficient justification for a stay of briefing. Any arguments or defenses that the Diocese wishes to present may be included in its response to the United States' motions.  However, the Court finds that the request for a 16-day extension is well-taken, as the Diocese provides reasonable justification for the request and the United States has presented no persuasive argument against it.

IT IS THEREFORE ORDERED that the Diocese' response to the United States' Motion for Order of Immediate Possession (*doc. 22*) is due no later than **June 19, 2026**.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

2