*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF NEW MEXICO*

*Clerk's Minutes*
*Before the Honorable Kenneth J. Gonzales*

*Title:*  *United States of America v. 14.259 Acres of Land, Dona Ana County, New Mexico,*
*CIV 26-1458 KG/GBW*

*Date:*  **Friday, June 5, 2026**                           *Court Interpreter:*  **None**

*Courtroom Clerk:*  **Theresa A. Hall**                    *Court Reporter:*  **Carmela McAlister**

*Court in Session:*  **10:00 a.m.**    *Court in Recess:*  **10:25 a.m.**    *In-Court Time*:  **25 mins.**

*Type of Proceeding:*  *Zoom Status Conference*

*Court's Rulings/Disposition:*  **See below**

*ATTORNEYS PRESENT FOR PLAINTIFF:*
   *Andrew Smith*
   *Annelise Pinto*
   *Charlotte Huffman*

*ATTORNEYS PRESENT FOR DEFENDANTS:*
   *Kathryn Joy Brack Morrow*
   *Seth Wayne*
   *Jonathan Backer*
   *William Powell*

*PROCEEDINGS*:
*10:00 a.m.*                 *COURT IN SESSION*

                             *Counsel make their appearances and the Court calls the case.*

                             *The Court is contemplating setting a hearing on the motions and overall matter of condemnation on July 23, 2026, in Las Cruces, NM. Counsel for both sides acknowledge that they are available on that day.*

                             *Ms. Huffman summarizes how the United States sees the briefing unfolding both on possession and relating to ultimate forfeiture.*

                             *Mr. Backer, on behalf of the Diocese, summarizes how his client sees the briefing going forward.*

                             *Ms. Huffman will attempt to provide the Diocese and the Court with drone footage of the site no later than one week before the July 23rd hearing.*

*10:25 a.m.*                 *COURT IN RECESS*