IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                                                 No. 2:26-cv-01458-KG-GBW

14.259 ACRES OF LAND, MORE OR LESS,
SITUATED IN DOÑA ANA COUNTY,
STATE OF NEW MEXICO, et al.,

     Defendants.

## SCHEDULING ORDER

This matter is before the Court following a status conference held on June 5, 2026.  At

that conference, the Court expressed its intent to set a hearing on the United States' Motion for

Order of Immediate Possession, Doc. 22.  In preparation for the hearing, the Court notes the

following deadlines:

| Event | Date |
|---|---|
| Plaintiff's Motion for Order of Immediate Possession | Wednesday, May 20, 2026 |
| Defendants' Response | Friday, June 19, 2026 |
| Plaintiff's Reply | Friday, July 3, 2026 |
| Hearing | Thursday, July 23, 2026 |

Furthermore, in anticipation of Defendants filing an answer to the United States'

Complaint, Doc. 1, and of the filing of a motion to strike Defendants' answer, or other

responsive pleading, the Court sets the following briefing schedule:

| Event | Date |
|---|---|
| Plaintiff's Complaint | Thursday, May 7, 2026 |
| Defendants' Answer | Monday, July 6, 2026 |
| Plaintiff's Responsive Pleading | Monday, July 20, 2026 |

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.