UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-01458-KG-GBW |
| 14.259 ACRES OF LAND, MORE OR | ) | |
| LESS, SITUATED IN DOÑA ANA | ) | |
| COUNTY, STATE OF NEW MEXICO, et | ) | |
| al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF LOURDES NICOLAS CASTANON

I, Lourdes Nicolas Castanon, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.    I am a resident of El Paso, Texas.  I am 74 years old, and retired.

2.    I serve as Treasurer of the Mount Cristo Rey Restoration Committee.  The Committee is a group of volunteers who work to maintain and repair the monument at Mount Cristo Rey, as well as preserve the beauty of the natural environment of the *Sierra*.  We are mostly retired professionals.  We fix things that have been broken at the site, including cleaning things that have been painted or defaced.

3.    I was born and raised in Smeltertown, a small community of workers outside of El Paso, Texas and on the edge of Mount Cristo Rey.  The monument there and the natural area surrounding it have been a part of my life since I was a child.

4.    The Smeltertown community where I was raised was responsible for establishing the shrine in 1939, and ever since then it has remained a core part of the spiritual and cultural life of the region.  Smeltertown was a small, tight-knit community.  Everyone in the community knew about the shrine and its importance.

1

5.    Ever since I was a child, I have worked with my family and neighbors to maintain the trails and the monument at Mount Cristo Rey. I am a member of the third generation of my family doing this work. I was an altar boy with Monsignor Lourdes F. Costa, who was one of the people who started the shrine.

6.    My mother would make me go with my grandfather out to maintain the trails using makeshift tools, including a shovel made out of an old Folger's coffee can. Three or four pickup trucks would come down to pick up me, my cousins, our grandfather, and other families close to us to go up to the *Sierra* and work on it. As a child I often didn't want to go because the work was hot and difficult. I would rather stay home and watch cartoons! But over years of working with my grandfather, cousins, and other members of the community to preserve the *Sierra*, I came to understand that maintaining the site and appreciating its natural and spiritual beauty is how we maintain our religious traditions and family values.

7.    Worshipping at Mount Cristo Rey brought our community together. The work of climbing the mountain and embracing the site reinforced our faith. My aunt, even in her 60s, used to climb all the way to the top of the mountain with her guitar to play during mass. Many members of the same families who were part of that preservation work so many years ago still are part of Mount Cristo Rey. My 89-year-old uncle still goes up the mountain, and someone will volunteer to go up with him to make sure he stays on his feet. Future generations of children and cousins remain happily involved, inspired by the work of their fathers. It is a beautiful thing.

8.    The site is of great spiritual and personal significance to me. When I get up to the top of the mountain, I feel like I can touch God's face. It is inspirational to me, and helps keep me going.

9.    When I was a child, people often came from the other side of the river, from Juarez, Mexico, to climb up the mountain and worship together. At that time and still to this day, the shrine is a place that brings people together to celebrate mass and the glory of God.

10.    People from the area understand that this site is an important part of our culture and religious practice.  It continues to bring people together.  Local groups and businesses give donations to help with maintenance work, including donating labor, and the collective effort and worship helps to bring our community together.  People from the area feel obligated to care for the site. I am humbled by working with other volunteers and seeing how much effort they put into preserving the shrine.  Faith and friendships have flourished and gotten stronger through the communal effort to take care of the *Sierra*.

11.    The sanctity of the natural landscape is central to the religious experience of attending the shrine.  People who come to worship and celebrate mass are awed by the beauty of the surrounding area and the mountain itself.  The colors of the rock and the structure of the ancient volcano are a way of seeing God's beauty.  Keeping the site pristine and the way it was created by God is an essential part of our work on the mountain and its religious value.

12.    God is talking to us through the landscape. My community and I believe that preserving it is a religious obligation.

13.    I worry about the effects of the government's plans for the site. I recognize the government has an important job to keep people safe at the border.  But I don't think the government is taking enough care to avoid damaging the shrine and the *Sierra* that are essential to my faith and religious practice and that of many other Christians in my community.

14.    Ever since they first started blasting on the south side of the *Sierra*, it looks like there is a scar on the mountain. It is incredibly ugly. The road and the wall that have been built

3

adjacent to and encroach upon the site are an eyesore. The visual disturbance significantly affects the sanctity of the site. I have spoken to other people in my religious community who agree.

15.    When God created the world, there were no walls. I understand that a wall is supposed to keep bad people away. But placement of this wall on the *Sierra* does not make sense, and would discourage some of the pilgrims from coming to the mountain to practice their faith. When you see the wall, it is intimidating – it feels like you have to be a certain type of pilgrim in order to participate. That is contrary to the entire spirit of the holy site. Everyone is welcome here – Christ the King has his arms wide open, stretched to let everyone know that they are welcome. A wall that discourages pilgrims from participating in worship in this holy place is contrary to the spirit of the site as I have known it throughout my life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 17, 2026

Lourdes Nicolas Castanon, Declarant

4