UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-01458-KG-GBW |
| 14.259 ACRES OF LAND, MORE OR | ) | |
| LESS, SITUATED IN DOÑA ANA | ) | |
| COUNTY, STATE OF NEW MEXICO, et | ) | |
| al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **DECLARATION OF CHRISTINA C. BELL ANDREWS**

I, Christina C. Bell Andrews, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.     I serve as Chairperson of Hia-Ced Hemajkam, LLC, an organization established to advocate for the recognition, protection, and continuity of the Hia-Ced O'odham people. The Hia-Ced O'odham, meaning "Sand People," are an Indigenous people whose traditional homelands span the Sonoran Desert across present-day Arizona and Mexico. While the Hia-Ced O'odham are not federally recognized as a separate Tribe, our people remain an integral part of the federally recognized Tribes:  Tohono O'odham Nation, Ak-Chin Indian Community, Gila River Indian Community, and Salt River Pima Maricopa Indian Community, where we continue to maintain our distinct cultural traditions, histories, and enduring relationship with our ancestral lands.

2.     The Hia-Ced O'odham have lived since time immemorial throughout an expansive homeland that stretches across the Sonoran Desert, transcending the modern international boundary between the United States and Mexico. Our traditional territory extends from the western lands of the Tohono O'odham people; west to the Yuma; north to the Gila River; and south to

1

Puerto Penasco, Mexico. These lands, waters, plants, animals, and sacred places are interwoven with our *Himdag* ('Way of Life') and continue to sustain our identity, responsibilities, and connection to our ancestors.  This territory includes *Al'alvaipia* Pond (also known by the Spanish name Quitobaquito Springs), a 16,000-year-old desert oasis that serves as an ecological site and a living cultural and ceremonial landscape, as well as our Cemetery, dating back to the early 1800's.

3.      This land is sacred to us. As Hia-Ced O'odham, we are shaped by and connected to these homelands through countless generations. Our ancestors rest here at the Cemetery next to our Sacred Pond, including my great-great-grandparents and other family members whose presence continues to guide us. We hold deep respect for the waters that move beneath the desert in aquifers and emerge in springs and sacred places. Water is not merely a resource; it is a source of life, spirit, and renewal. Together, the land, animals, and water sustain our *Himdag* and affirm our enduring reciprocal relationship with the natural world.

4.      For countless generations, our people have followed the path of the our Salt Pilgrimage Trails, a sacred journey connecting the desert to the sea. Each spring, members of the four O'odham sister Tribes (See Tribes listed in #1) traveled from the Gila River region and across the Sonoran Desert to the shores of what is now Puerto Peñasco, Mexico. This pilgrimage was more than a physical journey; it was Sacred journey, an act of remembrance, prayer, and renewal that reaffirmed our relationship with the land, the sea, and one another.

5.      Our oral traditions tell us that *I'itoi* ('Our Creator') made us in his volcanic cave near the  Sea of Cortez, in the same place where the salt beds remain today. These rocks are not merely part of the landscape; they are a place of origin, carrying the stories, teachings, protections, sustenance, and spirit of our ancestors. The salt gathered there is regarded as a sacred gift from our birthplace.

Carried home across the desert, it is used in ceremonies and prayers for purification, protection, healing, and balance.

6.      The Salt Pilgrimage endures not only as a route across the land, but as a living expression of O'odham identity, resilience, and connection. Through each generation, the journey reminds us who we are, where we come from, and our enduring responsibility to honor and care for the lands and waters that have sustained our people since time immemorial.

7.      When the O'odham make this very Sacred journey along the Salt Trails, we rely on landmarks, such as mountain ranges and picture glyphs, intaglios, to navigate the desert. One crucial landmark is the Intaglio, a geoglyph of a fish in the earth that stretches over 200 feet and points to the ocean. It is thousands of years old, and it guides us. The *Al'alvaipia* Pond and the Intaglio are important sites in the pilgrimage that orient us in the direction of the Sea, where lie our Sacred salt beds.

8.      Between 2019 and 2020, the Government began constructing the primary border wall. It did not consult with the O'odham. During construction, CBP destroyed sections of our sacred salt pilgrimage trails, depleted sacred water from *Al'alvaipia* for use in construction, displaced endangered species, killed local flora, and desecrated children's shrines and ancestral burial sites.

9.      In December 2025, it came to my attention that CBP planned to construct 222 miles of a secondary border wall within Pima, Yuma, Santa Cruz, and Cochise Counties, Arizona. The secondary wall would lie approximately 150 feet north of the primary border wall. Again, CBP did not consult with us. We learned of their plans through a review of CBP project notices.

10.      On December 5, 2025, I sent a letter on behalf of Hia-Ced *Hemajkam*, LLC, to CBP to share my concern that the Government's plans placed the secondary border wall directly on land

containing the Intaglio, underground aquifers, burial grounds, and other sensitive cultural landscapes.  A true and correct copy of my December 5, 2025, letter to CBP is attached as **Exhibit 1.**

11.      On January 22, 2026, CBP responded to my letter. CBP stated that its planned construction is subject to a waiver of environmental safeguards issued by the Secretary of Homeland Security. But CBP claimed that it had nonetheless developed site-specific Best Management Practices to avoid or minimize the project's effect on the local environment, including protecting the *Al'alvaipia* Pond from erosion. CBP also assured me that it had "made the construction team aware of the importance of the Intaglio" and that the construction would "avoid this cultural resource." A true and correct copy of CBP's January 22, 2026, response is attached as **Exhibit 2**.

12.      I was deeply skeptical of the Government's assurances. I responded by letter the same day to express clearly that CBP's affirmations did not meaningfully address the legal violations outlined in my previous letter. I emphasized that the current plans still present direct threats to the Intaglio, underground aquafers, burial and cemetery areas, and sacred cultural landscapes. I received no reply. A true and correct copy of my January 22, 2026, letter is attached as **Exhibit 3**.

13.      I sent two additional letters, dated February 28, 2026, and April 5, 2026, highlighting the harm that CBP's plans posed to sacred landmarks, including to the Intaglio.  True and correct copies of my February 28, 2026, and April 5, 2026, letters are attached as **Exhibits 4** and **5**.

14.      Despite the Government's promises to avoid the Intaglio, on April 23, 2026, we learned that CBP had bulldozed the Intaglio. Satellite imagery from April 2026 shows bulldozer

4

tracks running through about one-third of the Intaglio. *See* Jake Spring & John Muyskens, *Trump's Border Wall Expansion Just Bulldozed an Ancient Tribal Site*, Wash. Post (May 1, 2026), https://tinyurl.com/rdz4bw6p.

15.    On April 30, 2026, I sent a letter to CBP calling attention to the loss of the Intaglio as "cultural destruction of the highest order." I reiterated that the destruction of the Intaglio was avoidable, and that the Government proceeded with full knowledge of the landmark's sacred status. I have received no reply. A true and correct copy of my April 30, 2026, letter is attached as **Exhibit 6**.

16.    The Government's actions have profoundly and permanently disrupted our identity and *Himdag*, our way of life. As my letter explained, "The destruction of our Intaglio is not incidental. It is a direct and irreversible act against our culture, identity, and existence as O'odham people." The Intaglio was not just a historical site. It was a living expression of "our relationship to the land" and "our responsibility to all living things." "To destroy the Intaglio is to Erase a Living Record of O'odham existence, one that predates the United States and continues into the future through our children."

17.    No amount of money could compensate for the destruction of our aboriginal land. This is our home. CBP's actions were a betrayal. The Government said they would protect us, and then they destroyed our land and our means of protecting ourselves through the pilgrimage. I cried when I realized the ruin—the way they ripped our land, it ripped my heart. As a leader, I see the pain in my people as well.

18.    *Al'alvaipia* is not merely a watering hole. It has a long-standing and rich cultural history. The earliest documented habitation at Quitobaquito took place around 10,000 BC. It has also been the site of recurrent cross-cultural interactions from prehistoric times to modern day.

Prehistoric Paleoindian, Archaic, Prehistoric Ceramic groups, Protohistoric, as well as historic Hia-Ced O'odham, Spanish, Mexican, and Anglo groups all interacted with this environment, and in some cases, with each other (Rankin;1995). As a traditionally sacred site, the Hia-Ced O'odham continue to use *Al'alvaipia* for ceremonies and other activities. *See* National Park Service, Cultural Landscape Inventory, Quitobaquito, Organ Pipe Cactus National Monument (Revised 2002).

19.    Al'alvaipia is one of the oldest last refuges for Hia-Ced O'odham families displaced by forced removal, violence, mining expansion, cattle interests, disease, and the international border itself. The historical record describes how the people dispersed from the Sierra Pinacate region under pressure from settlers and resource extraction during the nineteenth century. The oasis and cemetery at "Quitobaquito" hold the remains of at least forty-three (43) of our ancestor's bodies connected to this final era of refuge and survival. In particular, there rests our family members of the Orozco, García, Velasco, and Ortega family lines. Some known relatives' names include: 1) **Jose Juan García,** 2) **Luis Orozco,** 3) **Jose Juan Orozco** (buried in 1945; identified as the last person buried there); 4) **Wialos Velasco** ("Doctor Pancho"), and 5) **Savel Orozco Velasco.** *See* Keith M. Anderson et al., *Quitobaquito: A Sand Papago Cemetery*, 47 The Kiva, no. 4., 215 (1982).

20.    I now fear the Government's imminent destruction of the *Al'alvaipia*. A site visit has confirmed that the proposed secondary border wall would directly intersect with the pond and present the imminent destruction of our endangered species and sacred ecology. The Government's plans threaten to devastate yet another irreplaceable cultural site.

21.    I cannot reverse what happened, but I must speak out against the Government's efforts to destroy other sacred lands. In this case, it is my understanding—similar to what CBP told us—the Government has assured the Roman Catholic Diocese of Las Cruces that its construction of the border wall will not damage or affect access to a sacred shrine on Mount Cristo Rey. Based on what my people and I have experienced, I have no faith in the

promises to safeguard that site. The Government's actions have again and again betrayed its words.

I urge this Court to intervene before the Government harms another sacred religious site.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 16, 2026

Christina C. Bell Andrews, JD, MPH, MBA, MA, Declarant

Chairperson Hia-Ced Hemajkam, LLC.

# EXHIBIT 1

# HIA-CED HEMAJKAM, LLC



**P.O. BOX 447**
**Ajo, AZ 85321**
**(520) 252-1344**HiaCed2015@gmail.com
www.facebook.com/HiaCed2015
HiaCed.com

December 5, 2025

*Sent via Email*

Dear U.S. Customs and Border Protection

TucsonComments@cbp.dhs.gov

I am writing on behalf of the Hia-Ced O'odham regarding our profound concerns for our aboriginal territory encompassing Organ Pipe Cactus National Monument and the Cabeza Prieta National Wildlife Refuge, including the cultural, ceremonial, and salt-pilgrimage areas that remain central to our identity and *Himdag*.

It has come to our immediate attention through a review of U.S. Customs and Border Protection (CBP) project notices that CBP is planning to construct approximately **222 miles of barrier system and secondary barrier** infrastructure **Pima, Yuma, Santa Cruz, and Cochise Counties** within the U.S. Border Patrol Tucson Sector.

On **November 19, 2025**, the Secretary of the Department of Homeland Security issued a **waiver** of numerous federal laws, regulations, and related legal protections to expedite this construction near the international border.
Project Link: https://www.cbp.gov/document/environmental-assessments/border-barrier-system-construction-pima-yuma-santa-cruz-and

To our understanding, **the Tohono O'odham Nation was not consulted** regarding this secondary barrier construction, even though the project directly impacts traditional O'odham lands, cultural properties, burial sites, water sources, and historical areas of religious significance.

Once again, the U.S. Government is **not honoring its Federal Trust Responsibility** in respecting our **Tribal Sovereignty.** The CBP agency is again illegally using a waiver to bypass **Section 106 of the National Historic Preservation Act (NHPA)**, which **mandates federal agencies to consult with Tribal Nations** when a federal undertaking has the potential to affect historic properties, including traditional cultural properties on or affecting tribal lands.

1

**Section 106 requires**:

o        **Mandatory Consultation** for undertakings that may affect historic or culturally significant Tribal properties.

o        **Government-to-Government Engagement**, respecting Tribal sovereignty and the Nation's unique status under federal law.

o        **THPO authority**, where Tribal Historic Preservation Officers assume the responsibilities of State Historic Preservation Officers for tribal lands.

o        **Good-faith efforts to reach agreement** with the Tribe on findings and determinations when an undertaking affects Tribal lands or properties of religious and cultural significance.

Further, the Federal Trust Responsibility further obligates CBP and DHS to uphold the highest standards of protection and consultation when Tribal interests, sacred sites, water sources, cultural landscapes, and burial grounds are at risk.

NHPA Section 106 Resource:
https://growthzonecmsprodeastus.azureedge.net/sites/2385/2022/02/nhpa-section-106_nps.pdf

## Historical Harm and Ongoing Risk to Hia-Ced O'odham Lands:

The Hia-Ced O'odham continue to live with the devastating impacts of the **illegally constructed primary border wall**, which was built under similar illegal waivers and without required consultation. That construction:

•        Extracted and depleted sacred water from **Al'a' vaipia (Quitobaquito Springs)** to mix concrete and support wall-building operations.

•        Displaced endangered species, including the **Sonoran Tortoise** and **Quitobaquito pupfish**, whose habitats hold ancestral significance.

•        Destroyed sections of our **sacred salt pilgrimage trails**.

•        Damaged and desecrated cultural features, including **children's shrines** and significant plant relatives such as our cottonwood tree.

•        Required the **reburial of ancestral remains**, an immeasurable spiritual and cultural harm.

We now face the **same pattern** of federal action—construction pushed forward through blanket waivers, circumventing Tribal rights, Tribal consultation, federal cultural resource protections, and the trust obligations owed to Indigenous Peoples.

The proposed secondary barrier would be built        ·oximately 150 feet north of the existing

2

- **Dest**
  - **What it is**  An Intaglio, or geoglyph, is a large figure or design etched into the
  - nal
  - no
  - y and
  - **acti:** While the Monument is famous for its unique organ pipe cacti, the veals a rich human story intertwined with the landscape, distinct from the famous flora.
- **Und**___**uifers** critical to cultural, ecological, and ceremonial continuity.
- **Known burial sites and cemeteries** of Hia-Ced O'odham ancestors.
- Sensitive cultural landscapes within **Organ Pipe** and **Cabeza Prieta**.

CBP has stated that **local water sources** will be used for construction and dust-suppression activities. This raises grave concern given previous extraction of sacred waters, the fragility of this ecosystem, and the historical misuse of local water without Tribal consent.

**Figures:**



**Figure 1.**  Primary Wall.

**Figure 2.** Secondary Wall, ~150 feet north of Primary Wall.

**Figure 3.** Planned Barrier System adversely affecting Hia-Ced O'odham Territory



3

**<u>Urgent Request for Leadership Attention:</u>**

Given the repeated pattern of harm, the lack of consultation, and the magnitude of the threats to O'odham *Himdag*, cultural resources, burial grounds, water systems, and aboriginal homelands, we respectfully and urgently request Tribal Leadership's attention and action regarding this matter.

The Hia-Ced O'odham stand ready to support any effort by the Tohono O'odham Nation to ensure that:

- Federal agencies comply with **mandatory consultation requirements**;
- Cultural, spiritual, and ecological resources are protected;
- O'odham rights, sovereignty, and ancestral connections to these lands are respected and upheld.

Thank you for your time, leadership, and consideration of this urgent matter.

**Most Respectfully,**

Christina C. Bell Andrews, JD, MPH, MBA, MA

Chairperson, Hia-Ced Hemajkam, LLC

4

# EXHIBIT 2



1300 Pennsylvania Avenue NW
Washington, DC 20229

January 22, 2026

HIA-CED HEMAJKAM, LLC
P.O. BOX 447
Ajo, AZ 85321

Email: christinaandrews@arizona.edu

**Re: CBP Response to Hia-Ced Hemajkam's Comments Regarding Tucson Border Barrier System Project**

Dear Chairperson Bell Andrews:

U.S. Customs and Border Protection (CBP) has received your letter dated December 5, 2025, regarding the construction and maintenance of the border barrier and waterborne barrier system within Pima, Yuma, Santa Cruz, and Cochise counties, Arizona.

We appreciate the Hia-Ced Hemajkam's engagement and feedback.

Although the planned border barrier system and waterborne barrier system in Pima, Yuma, Santa Cruz, and Cochise counties, Arizona are subject to a waiver issued by the Secretary of the Department of Homeland Security, CBP remains committed to responsible environmental stewardship. CBP will continue to coordinate with interested stakeholders, including federal, state, local agencies, and Tribes to identify and attempt to minimize potential impacts to cultural and natural resources.  In addition, on July 15, 2025, pursuant to Section 106 of the National Historic Preservation Act (54 U.S.C. § 306108) and it's implementing regulations (36 Code of Federal Regulations [C.F.R.] Part 800), CBP initiated consultation for attribute installation and replacement barrier installation in Tucson and Yuma sectors in Arizona.  That consultation was completed in August 2025.

CBP recognizes the importance of Tribal sacred sites. Per CBP's standard construction Best Management Practices (BMPs), in the event of an inadvertent discovery all construction activities will be suspended and the monitor onsite will be contacted for guidance.

CBP has also developed site-specific construction BMP to avoid or minimize impacts to wildlife or habitats.  The BMPs for this project include requirements for waste management, sediment and erosion control, clearing and grubbing, noise abatement, invasive species control, selective clearing performed only as required to perform work near environmentally sensitive areas, to include the Quitobaquito, and biological and water resource management. In addition, erosion control products containing mesh or netting with an opening ¼ inch in width or greater will not be used within 600 feet of the Quitobaquito Pond. Lastly, CBP has made the construction team aware

Page 2

of the importance of the Intaglio, with current plans established to avoid this cultural resource site. Monitors are employed to observe and ensure compliance with these BMPs.

In addition, CBP will have monitors onsite and invite the Tohono O'odham Nation to provide monitors. CBP has established regular meetings with the Tohono O'odham Nation to discuss any comments or concerns and will continue to meet with the Tohono O'odham Nation to understand potential impacts and provide meaningful opportunities to inform project planning and execution.

CBP continues to place a high priority on interaction with, and feedback from, federal agencies, local officials, landowners, Tribes and community members about border infrastructure projects, and has consistently strived for a transparent process.


Sincerely,

Paul Enriquez
Infrastructure Portfolio Director
Program Management Office Directorate
U.S. Border Patrol

# EXHIBIT 3

# HIA-CED HEMAJKAM, LLC



**P.O. BOX 447**
**Ajo, AZ 85321**
**(520) 252-1344**HiaCed2015@gmail.com
www.facebook.com/HiaCed2015
HiaCed.com

January 22, 2026

*Sent via Email*

Dear U.S. Customs and Border Protection

TucsonComments@cbp.dhs.gov

Paul Enriquez
Infrastructure Portfolio Director
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

Re: Formal Response to CBP January 22, 2026 Letter – Tucson Border Barrier System Project

Dear Mr. Enriquez:

I write on behalf of Hia-Ced Hemajkam, LLC, and the Hia-Ced O'odham in response to your January 22, 2026 letter regarding the Tucson Border Barrier System Project.

While we acknowledge receipt of your correspondence, we must state clearly and unequivocally that CBP's response **does not resolve, cure, or lawfully address** the serious legal, cultural, and trust responsibility violations raised in our December 5, 2025 letter.

## 1. Waiver Authority Does Not Extinguish the Federal Trust Responsibility or Tribal Rights

CBP asserts that the project is subject to a DHS waiver. Even if such a waiver exists, it **does not extinguish the United States' Federal Trust Responsibility**, nor does it absolve CBP of its obligations to engage in **meaningful, good-faith, government-to-government consultation** with affected Tribal communities, particularly when projects directly impact ancestral lands, sacred sites, burial areas, water sources, and cultural landscapes of the Hia-Ced O'odham.

1

The prior border wall construction demonstrates precisely why reliance on waivers without Tribal consent has resulted in **irreparable and unlawful harm**, including damage to Quitobaquito (A'alvaipia), destruction of cultural sites, disturbance of burials, and destruction of sacred landscapes.

---

**2. CBP's Claim That Section 106 Consultation Was "Completed" Is Not Applicable to the Hia-Ced O'odham**

Your letter states that CBP initiated and completed Section 106 consultation in July–August 2025. **Hia-Ced Hemajkam and the Hia-Ced O'odham were not consulted.**

Moreover:

- Consultation with one Tribe **does not substitute** for consultation with all affected Indigenous peoples.
- Section 106 requires consultation with **any Tribe or Native community that attaches religious or cultural significance to affected properties, regardless of land ownership status**.
- The Hia-Ced O'odham are a historically documented O'odham people whose ancestral territory includes Organ Pipe and Cabeza Prieta.

Therefore, any claim of completed consultation **cannot lawfully apply** to impacts on Hia-Ced O'odham cultural properties, sacred sites, water sources, burial areas, or cultural landscapes.

---

**3. Construction BMPs and "Monitoring" Do Not Replace Legal Compliance or Consent**

CBP's reference to Best Management Practices, monitors, and inadvertent discovery procedures is **not a substitute for lawful consultation, consent, or avoidance of harm**.

The prior wall construction occurred under similar assurances—and still resulted in:

- Depletion of sacred waters at Al'a' vaipia (Quitobaquito)
- Destruction of pilgrimage routes and cultural sites
- Damage to shrines and sacred plant relatives
- Disturbance and reburial of ancestral remains

Promises of monitoring **after the fact** do not satisfy federal law, trust obligations, or Indigenous human rights.

---

2

**...dham Intaglio, Burial Areas, Aquifers, and Cultural Landscapes Remain at Immediate Risk**

...ment that "current plans" avoid the Intaglio is vague, non-binding, and unsupported ...al protection agreement with affected Indigenous peoples. The ...er, associated roads, blasting, grading, and water extraction continue to

**threats**

...aglio

- Und...
- Buri...
- Sacr...

## 5. Formal Demands

Accordingly, Hia-Ced Hemajkam formally demands that CBP:

1. **Immediately suspend** any construction activities affecting Hia-Ced O'odham cultural landscapes pending lawful consultation;
2. **Initiate direct government-to-government consultation** with the Hia-Ced O'odham regarding all project components affecting Organ Pipe, Cabeza Prieta, and surrounding ancestral lands;
3. **Produce all Section 106 documentation**, including APE maps, cultural surveys, findings, MOAs, and consultation records;
4. **Disclose all water sourcing plans** and hydrological impacts;
5. **Provide detailed, binding avoidance and protection plans** for all cultural, burial, and sacred sites;
6. **Recognize that prior harm establishes a heightened duty of care**, not a justification for repetition.

## 6. Reservation of Rights

Hia-Ced Hemajkam and the Hia-Ced O'odham expressly reserve all rights and remedies under federal law, trust law, Indigenous rights doctrines, and any applicable international human rights principles.

---

The Hia-Ced O'odham are not an "interested stakeholder." We are an Indigenous people whose ancestral lands, waters, and sacred sites are once again being placed in jeopardy.

3

We expect a **substantive, legally responsive reply** and the immediate initiation of direct consultation.

---

**Figures:**



**Figure 1.** Primary Wall.

**Figure 2.** Secondary Wall, ~150 feet north of Primary Wall.





**Figure 3.** Planned Barrier System adversely affecting Hia-Ced O'odham Territory

---

**Urgent Request for Tohono O'odham Nation Leadership Attention:**

Given the repeated pattern of harm, the lack of consultation, and the magnitude of the threats to O'odham *Himdag*, cultural resources, burial grounds, water systems, and aboriginal homelands, we will respectfully and urgently request Tribal Leadership's attention and action regarding this matter.

The Hia-Ced O'odham stand ready to support any effort by the Tohono O'odham Nation to ensure that:

- Federal agencies comply with **mandatory consultation requirements**;
- Cultural, spiritual, and ecological resources are protected;
- O'odham rights, sovereignty, and ancestral connections to these lands are respected and

  upheld.

Thank you for your time, leadership, and consideration of this urgent matter.

**Most Respectfully,**

Christina C. Bell Andrews, JD, MPH, MBA, MA
Chairperson, Hia-Ced Hemajkam, LLC


Copy:
Hia-Ced Hemajkam, LLC
- Vice-Chairperson Sherry Serventi
- Delfina Cameron
- Patrick Andrews
- Melanie Bernal
- Lourdes Pereira
- Fernando Martinez, Sr.

Tohono O'odham Nation:
- Executive
  - Chairman Verlon Jose
  - Vice-Chairwoman Carla Johnson
- Legislative Council
  - Chairwoman Wavalene M. Saunders
  - Vice-Chairwoman Marlakay Henry
- Water Resource Committee
  - Chairman Daniel L.A. Preston III
  - Vice-Chairman DeLisa Ramon
  - Jesse F. Navarro
  - Leslie Luna
- Cultural Preservation
  - Chairperson Jesse F. Navarro
  - Vice-Chairman Leslie Luna
  - Lucius Lopez
  - Naomi Monte
  - Jerome F. Joaquin

# EXHIBIT 4

# HIA-CED HEMAJKAM, LLC



**P.O. BOX 447**
**Ajo, AZ 85321**
**(520) 252-1344**HiaCed2015@gmail.com
www.facebook.com/HiaCed2015
HiaCed.com

**February 28, 2026**

*Sent via Email*

U.S. Customs and Border Protection

TucsonComments@cbp.dhs.gov

Paul Enriquez
Infrastructure Portfolio Director
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

**Re: Formal Response to CBP Smart Wall Expansion and Secondary Barrier Construction
– Hia-Ced O'odham Aboriginal Territory**

Dear Mr. Enriquez:

On behalf of the Hia-Ced O'odham and Hia-Ced Hemajkam, LLC, we submit this formal
response regarding CBP's Smart Wall expansion plans and associated secondary barrier
construction within the Tucson Sector, including Organ Pipe Cactus National Monument,
Cabeza Prieta National Wildlife Refuge, and the Tule Mountains.

This letter builds upon our **December 5, 2025**, correspondence and our **January 22, 2026**,
response to CBP.

## I. Historical Context and Irreparable Harm

In **2019–2020**, DHS invoked waiver authority under Section 102(c) of IIRIRA and the REAL ID
Act to bypass more than 40 federal laws, including:

- National Environmental Policy Act (NEPA),
- Endangered Species Act (ESA),
- Native American Graves Protection and Repatriation Act (NAGPRA),

1

- Archaeological Resources Protection Act (ARPA), and
- Clean Water Act.

That construction:

- **Extracted millions of gallons of groundwater near Quitobaquito Springs Al'avaipia,**
- Occurred within feet of sacred water sources with endangered species,
- Involved blasting near Monument Hill burial areas,
- Damaged O'odham Salt pilgrimage routes and sacred plant relatives, and
- Disturbed ancestral remains.

These harms are documented in our prior letters and were widely reported, including international and national coverage of blasting within Organ Pipe Cactus National Monument.

Once destroyed, sacred burial grounds, petroglyphs, aquifers, endangered species lives, and cultural landscapes can never be restored.

## II. Smart Wall Map and Expansion Concerns

CBP's publicly available Smart Wall Map (last modified January 28, 2026) reflects:

- ~644 miles of existing primary wall,
- 308+ miles of newly planned primary Smart Wall,
- 464 miles of planned secondary wall,
- 629 miles total new primary system planned, and
- 535 miles of detection technology proposed where terrain limits barrier construction.

Our review indicates planned construction corridors potentially affecting:

- The Tule Mountains,
- Sonoran Pronghorn migration routes,
- Underground aquifers,
- The O'odham Intaglio,
- Known and undocumented burial areas,
- Quitobaquito Springs,
- Endangered Species, and
- Cultural landscapes within Organ Pipe and Cabeza Prieta.

2

**III. Threat to Sonoran Pronghorn**

The Sonoran Pronghorn is a genetically distinct desert subspecies once reduced to an estimated 21 individuals in 2002. Intensive conservation partnerships brought the species back from near extinction.

Barrier expansion through the Tule Mountain corridor risks:

- Severing migration pathways,
- Fragmenting habitat,
- Triggering cascading ecological impacts, and
- Undermining decades of recovery investment.

When assessing federal action, three (3) Standards apply:

1. **What is Right?**
2. **What is Reasonable?**
3. **What is Within the Rules?**

Constructing an additional secondary barrier in an already damaged ecological corridor fails all three (3) Standards.

**IV. Federal Trust Responsibility and Consultation**

Waiver authority does **not** extinguish:

- The Federal-Trust-Responsibility,
- Government-to-Government consultation obligations, and
- The requirement for meaningful engagement with all affected Indigenous Peoples

Consultation with one Tribe does not substitute for consultation with the Hia-Ced O'odham even though one should note you did not have Consultation with the Tohono O'odham Nation.

Section 106 of NHPA requires consultation with any Tribe or Native community attaching religious or cultural significance to affected properties, regardless of land ownership status.

The Hia-Ced O'odham are an historically documented O'odham people whose ancestral territory includes Organ Pipe and Cabeza Prieta.

Failure to consult constitutes a continuing violation of federal trust obligations.

**V. Water Extraction and Aquifer Risk**

CBP has indicated that local water sources may be used for:

- Concrete mixing,

3

- Dust suppression, and
- Construction operations.

Given prior depletion at Quitobaquito Springs due to the primary-existing Wass, any additional groundwater extraction for the secondary-Wall presents grave risk to:

- Sacred water systems,
- Endangered species habitat,
- Ceremonial continuity, and
- Desert hydrology.

The ecosystem remains fragile from prior construction impacts.

## VI. There Is a Better Way

Technology-based border management has already been deployed along approximately 549 miles of barrier.

Where terrain is remote, rugged, or ecologically sensitive, detection technology, and ***not*** a secondary Wall is the reasonable alternative.

**The additional secondary barrier is unnecessary, duplicative, and environmentally destructive.**

DHS already possesses policy directives (including DHS MD 02301) emphasizing protection of National Parks and federal lands. Those commitments must be honored.

## VII. Notice of Requested Relief

Accordingly, the Hia-Ced O'odham respectfully requests the CBP offers the following relief:

1.	Immediately suspend any construction affecting Organ Pipe, Cabeza Prieta, or the Tule Mountain corridor pending lawful consultation;
2.	Initiate direct Government-to-Government consultation with the Hia-Ced O'odham;
3.	Produce all Section 106 documentation, APE maps, hydrological assessments, wildlife corridor analyses, and water sourcing plans;
4.	Commit in writing to avoidance of burial sites, aquifers, intaglios, and sacred landscapes;
5.	Provide a full accounting of cumulative impacts from 2019–2020 construction, and
6.	Consider using drones instead of building a Wall as has been the done in other areas.

## VIII. Reservation of Rights

The Hia-Ced O'odham expressly reserve all rights and remedies under:

- Federal-trust law,
- Treaty and Indigenous rights doctrines,

4

- Environmental protection statutes, and
- International human rights principles.

The Hia-Ced O'odham are not an "interested stakeholder."  We are an Indigenous people whose ancestral lands, waters, endangered species, and sacred sites are once again placed at risk.

We expect a substantive response, especially since there are less intrusive ways to accomplish your desired goas.  Please honor your word and integrity

## IX. Request for Tohono O'odham Nation Leadership Attention

Given the magnitude of risk to O'odham *Himdag*, burial grounds, aquifers, endangered species, and aboriginal homelands, we respectfully request leadership attention and coordination to ensure:

- Mandatory consultation compliance,
- Protection of sacred and ecological resources, and
- Respect for O'odham sovereignty and ancestral connection.

---

**Figures:**



**Figure 1.**  Primary Wall.



**Figure 2.** Secondary Wall, ~150 feet north of Primary Wall.



 **Figure 3.** Planned Barrier System adversely affecting Hia-Ced O'odham Territory

---

**Most Respectfully,**



Christina C. Bell Andrews, JD, MPH, MBA, MA
Chairperson, Hia-Ced Hemajkam, LLC

**<u>Courtesy Copy:</u>**
Hia-Ced Hemajkam, LLC
- Vice-Chairperson Sherry Serventi
- Delfina Cameron
- Patrick Andrews
- Melanie Bernal
- Lourdes Pereira
- Desery Celaya
- Fernando Martinez, Sr.

Tohono O'odham Nation:
- Executive
  - Chairman Verlon Jose
  - Vice-Chairwoman Carla Johnson
- Legislative Council
  - Chairwoman Wavalene M. Saunders
  - Vice-Chairwoman Marlakay Henry
- Water Resource Committee
  - Chairman Daniel L.A. Preston III
  - Vice-Chairman DeLisa Ramon
  - Jesse F. Navarro
  - Leslie Luna
- Cultural Preservation
  - Chairperson Jesse F. Navarro
  - Vice-Chairman Leslie Luna
  - Lucius Lopez
  - Naomi Monte
  - Gloria Johnson

Arizona Governor Katie Hobbs,

U.S. Arizona Congresswoman Adelita Grijalva,

Arizona Senator Ruben Gallegos, and

Arizona Senator Mark Kelly.

6

# EXHIBIT 5

# HIA-CED HEMAJKAM, LLC



**P.O. BOX 447**
**Ajo, AZ 85321**
**(520) 252-1344**HiaCed2015@gmail.com
www.facebook.com/HiaCed2015
HiaCed.com

**April 5, 2026**

*Sent via Email*

U.S. Customs and Border Protection

TucsonComments@cbp.dhs.gov

Paul Enriquez
Infrastructure Portfolio Director
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

**Re: Fourth Response – Urgent Protection of *Al'alvaipia* (Quitobaquito Pond) and Opposition to Secondary Barrier Construction**

Dear Mr. Enriquez:

On behalf of the Hia-Ced O'odham and Hia-Ced Hemajkam, LLC, we respectfully submit this fourth correspondence regarding CBP's Smart Wall expansion and proposed secondary barrier construction within our aboriginal territory.

This letter builds upon our prior correspondence dated December 5, 2025, January 22, 2026, February 26, 2026, and February 28, 2026.

We want to impress upon the notion that *Al'alvaipia* (Quitobaquito Springs) is a **16,000-year-old** desert oasis crucial to Indigenous survival, international trade, **and the colonial history of the U.S.-Mexico border region**. It served as a vital, watered stop on the ancient "Old Salt Trail" and a later oasis for ranching, trade, and customs enforcement.  This Pond is sacred not only to the O'odham, but also to the United States History.

**I.**      **March 26, 2026, Site Visit – Hia-Ced Hemajkam Observation and Measurements.**

On **March 26, 2026**, representatives of the Hia-Ced Hemajkam conducted a direct site visit to *Al'alvaipia* **(Quitobaquito Pond)** to assess the proposed alignment of the **secondary border wall**.

1

During this visit:

1. **Measurements were conducted** *confirming* **the proposed secondary wall alignment approximately 100 feet north of the existing primary border wall will hit the pond and destroy it and its endanger species; See below map.**
2. At this distance, **the secondary wall footprint directly intersects the pond;**
3. Additionally, the **required secondary enforcement road would fall directly across and through the pond basin**.



Source: Aerial imagery via USDA

Based on these field observations, the conclusion is unequivocal:

1. **At 100 feet, the secondary wall will strike *Al'alvaipia*, and the accompanying road will obliterate the pond entirely.**

*This is not a speculative concern. It is a measured, site-confirmed impact.*

II.     **Imminent Destruction of Endangered Species and Sacred Ecology.**

The destruction of *Al'alvaipia* would result in the immediate loss of:

1. **Sonoran Desert Tortoise habitat, and**
2. **Sonoran Pupfish (*Cyprinodon macularius*) populations**, a federally protected endangered species. See March 21, 2026, *Washington Post: A Border Wall Expansion is Underway.*



3.     **Sacred water-dependent plant relatives and ecological balance.**

4. **The destruction of the O'odham iteligo (sacred cultural markings/land formations).**

III. As stated in our prior letters, *Al'alvaipia* (Quitobaquito Springs) is not only an ecological site but a **living cultural and ceremonial landscape**.

Its destruction would constitute:

1. Irreversible ecological collapse.
2. Permanent loss of endangered species habitat.
3. Destruction of sacred O'odham *Himdag*, ceremonies, cemetery, language, culture, etc.
4. A direct violation of federal-trust-responsibility.
5. Violation of Trust and Respect to the American people since it is the National Park Services (NPS) Core Principles to protect these areas through:
   a. **Conservation:** The primary goal is to protect and preserve natural landscapes, ecosystems, and historic/cultural sites.

   b. **Public Enjoyment & Recreation:** Making these sites accessible for visitors to experience and enjoy.

   c. **Education & Inspiration:** Providing opportunities for public education and learning about America's natural and cultural heritage.

   d. **Cultural & Historic Preservation:** Protecting significant historical sites and artifacts.

   e. **Community Support:** Working with communities to preserve local history, create recreational spaces, and conserve rivers and trails.

IV. **Cumulative Harm and Failure to Protect a Known Sensitive Site.**

The area surrounding *Al'alvaipia* (Quitobaquito) has already suffered documented impacts from the **2019–2020 Wall Construction**, including groundwater depletion and ecosystem stress.

A. The introduction of a secondary barrier and road at this location would:

1. Compound existing hydrological damage.
2. Accelerate aquifer depletion.
3. Destroy one of the only perennial water sources in the Sonoran Desert and its endangered species.
4. Eliminate a site of international ecological significance.
5. Elimination both Indigenous and United States history in relation to sites and artifacts.

B. Proceeding with construction at this location cannot be reconciled with:
1. The **Endangered Species Act**,
2. Federal stewardship responsibilities for **National Park lands**, and
3. The United States' **trust obligations to Indigenous Peoples, as well as obligation to the United States' Citizens.**

3

**V.    Affirmation of O'odham *Himdag* and Sacred Responsibility.**

A.    Al'alvaipia is not simply a "resource."  It is:

1.  A place of **origin, ceremony, and continuity,**
2.  A site tied to **O'odham identity, ancestors, and future generations, and**
3.  A living expression of ***Himdag*** (O'odham way-of-life, of doing the right thing; it is all that is Good).

To destroy this place is to sever a relationship that has existed since time immemorial.

**VI.    There Are Viable and Proven Alternatives: *Technology, not Walls*.**

A.    We understand that CBP's primary goal is ensuring robust, reliable security at this location while minimizing unnecessary infrastructure costs and environmental impact. Given that the objective is maximum effectiveness, a secondary barrier is redundant, costly, and destructive.

As previously stated, and reiterated here with urgency:

**A secondary barrier at this location is unnecessary.**

B.    CBP already deploys:

1.  Remote surveillance systems.
2.  Sensors and radar detection.
3.  Aerial monitoring, including drones.
4.  Mobile response units.

Across hundreds of miles, technology, not additional walls, has been used effectively.

**In Sum, where terrain is environmentally and culturally sensitive, technology is the reasonable, lawful, and responsible alternative.**

**VII.    Immediate Requests for Action**

Given the confirmed and imminent harm, the Hia-Ced O'odham respectfully but firmly request:

A.  **Immediate halt of any planned or proposed secondary wall construction within 100 feet north of the primary wall at *Al'alvaipia*;**
B.  **Formal exclusion of Quitobaquito (*Al'alvaipia*) from any secondary barrier or road construction footprint;**
C.  **Immediate initiation of Government-to-Government consultation with the Hia-Ced O'odham;**
D.  **Full disclosure of engineering alignments, construction plans, and road footprints for this segment; and**
E.  **Adoption of technology-based alternatives in *lieu* of physical infrastructure in this sensitive area.**

4

**VIII.   Reservation of Rights**

The Hia-Ced O'odham expressly reserve all rights and remedies under:

1.   Federal-trust-responsibility,
2.   Environmental and cultural protection laws,
3.   Indigenous rights doctrines,
4.   International human rights frameworks

**VIII.   Closing**

We offer this letter in the spirit of **respect, clarity, and responsibility**.  However, we must be equally clear:

- **The destruction of *Al'alvaipia* is avoidable.**
- **Proceeding with construction at this location would be a knowing and preventable act of irreversible harm.**

We *respectfully* urge CBP to act in accordance with what is:

- **Right**,
- **Reasonable**, and
- **Within the Rules,**

and to choose a path that protects life, water, and the sacred.

**Most Respectfully,**

Christina C. Bell Andrews, JD, MPH, MBA, MA
Chairperson, Hia-Ced Hemajkam, LLC

**<u>Courtesy Copy:</u>**
Hia-Ced Hemajkam, LLC
- Vice-Chairperson Sherry Serventi
- Delfina Cameron
- Patrick Andrews
- Melanie Bernal
- Lourdes Pereira
- Desery Celaya
- Fernando Martinez, Sr.

Tohono O'odham Nation:
- Executive
  - Chairman Verlon Jose

5

- ○ Vice-Chairwoman Carla Johnson
- Legislative Council
  - ○ Chairwoman Wavalene M. Saunders
  - ○ Vice-Chairwoman Marlakay Henry
- Water Resource Committee
  - ○ Chairman Daniel L.A. Preston III
  - ○ Vice-Chairman DeLisa Ramon
  - ○ Jesse F. Navarro
  - ○ Leslie Luna
- Cultural Preservation
  - ○ Chairperson Jesse F. Navarro
  - ○ Vice-Chairman Leslie Luna
  - ○ Lucius Lopez
  - ○ Naomi Monte
  - ○ Gloria Johnson

Arizona Governor Katie Hobbs.

U.S. Arizona Congresswoman Adelita Grijalva.

# EXHIBIT 6

# HIA-CED HEMAJKAM, LLC



**P.O. BOX 447**
**Ajo, AZ 85321**
**(520) 252-1344**HiaCed2015@gmail.com
www.facebook.com/HiaCed2015
HiaCed.com

**April 30, 2026**

*Sent via Email*

U.S. Customs and Border Protection

TucsonComments@cbp.dhs.gov

Paul Enriquez
Infrastructure Portfolio Director
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

**Re:** On April 30, 2026, Destruction of Hia-Ced O'odham Intaglio and Sacred Landscape at U.S. Cabeza Prieta Wildlife Refuge.

On behalf of the Hia-Ced O'odham, we issue this formal and urgent response regarding the destruction of our **Intaglio**, our sacred cultural markings and land formations that have existed for over a thousand years within our ancestral homelands.

Let there be no misunderstanding:
**The destruction of our Intaglio is not incidental.  It is a direct and irreversible act against our culture, identity, and existence as O'odham people.**

**The Intaglio is Sacred, Living, and Irreplaceable.**  Our Intaglio are not artifacts of the past. They are **living expressions of *Himdag*,** *Our way of life*, our laws, our relationship to the land, and our responsibility to all living things.

These sacred formations **Encode** our history, migration, and ceremonies. They **Mark** spiritual relationships between land, water, and people.  They **Serve** as places of prayer, teaching, and cultural continuity.

To destroy the Intaglio is to **Erase a Living Record of O'odham existence**, one that predates the United States and continues into the future through our children.

1

**Documented in our four prior letters to you, we confirmed the threat and imminent harm of our Sacred Pond and Cemetery where our families are buried.** Additionally, documented through direct site observation **on March 26, 2026**, the proposed secondary border wall and enforcement road will 1) **Directly intersect Al'alvaipia (Quitobaquito Pond); 2) Destroy the Intaglio embedded within this sacred landscape, and 3) Obliterate the ecological and cultural integrity of the site.**

This is not theoretical. It was measured, confirmed, and imminent on that March 26, 2026 visit.

**Further, reporting confirms that current border wall expansion efforts are proceeding despite known environmental and cultural risks, including harm to protected species and fragile desert ecosystems. And more importantly, without consulting with us: Hia-Ced O'odham, Tohono O'odham Nation, Ak-Chin Indian Community, Gila River Indian Community, and Salt River Pima Maricopa Indian Community.**

**This Cultural Destruction Is Irreversible Harm.** The loss of the Intaglio cannot be mitigated, replaced, or restored. Its destruction constitutes: 1) **Permanent cultural erasure**; 2) **Violation of O'odham religious and ceremonial practices**; 3) **Severance of intergenerational knowledge systems**; and 4) **Irreparable harm to a sacred relationship with animals, land and water.**

This is not simply environmental damage. It is **cultural destruction of the highest order**.

Additionally, there are **Legal and Moral Violations** with the destruction of the Intaglio. You are blatantly violating your own laws, promises, **Federal Trust Responsibility** to Indigenous Peoples, Tribal Consultation, protections embedded in the **Endangered Species Act**, Federal obligations to preserve **National Park lands and cultural resources to the American People,** and Fundamental principles of **religious freedom and cultural preservation.**

It also stands in direct contradiction to the United States' stated commitments to protect Indigenous heritage and sacred sites.

The Hia-Ced O'odham pled with you to please Stop all construction activities that will destroy our sacred pond *Al'alvaipia* and surrounding our sacred lands and our cemetery. You do not have to do this. There are other ways to protect the United States Border such as adopting of **technology-based border security alternatives** that do not destroy sacred and ecological sites.

**As O'odham** we speak with clarity, responsibility, and truth. **The destruction of our Intaglio was avoidable.** Even through our letter dating back to December 2025, you **proceeded knowing you were going to destroy a sacred, living part of our O'odham people.**

This in wrong, and we will not accept the erasure of our history, our identity, or our *Himdag.*

We call upon the United States to act not only within the law, but within what is right to protect life, water, culture, and future generations.

2

Figure 1: Taken from the April 30, 2026, *The Washington Post.*



**Respectfully,**

*On behalf of the Hia-Ced O'odham*

Christina C. Bell Andrews, JD, MPH, MBA, MA
Chairperson, Hia-Ced Hemajkam, LLC

3

**Courtesy Copy:**

Hia-Ced Hemajkam, LLC

- Vice-Chairperson Sherry Serventi
- Delfina Cameron
- Patrick Andrews
- Melanie Bernal
- Lourdes Pereira
- Desery Celaya
- Fernando Martinez, Sr.

Tohono O'odham Nation:

- Executive
    - Chairman Verlon Jose
    - Vice-Chairwoman Carla Johnson
- Legislative Council
    - Chairwoman Wavalene M. Saunders
    - Vice-Chairwoman Marlakay Henry
- Water Resource Committee
    - Chairman Daniel L.A. Preston III
    - Vice-Chairman DeLisa Ramon
    - Jesse F. Navarro
    - Leslie Luna
- Cultural Preservation
    - Chairperson Jesse F. Navarro
    - Vice-Chairman Leslie Luna
    - Lucius Lopez
    - Naomi Monte
    - Gloria Johnson

Arizona Governor Katie Hobbs,

U.S. Arizona Congresswoman Adelita Grijalva,

4