IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

    vs.                                                              Civil No. 2:26-CV-01458-KG-GBW

14.259 ACRES OF LAND, MORE OR LESS,
SITUATE IN DOÑA ANA COUNTY, STATE OF
NEW MEXICO; CATHOLIC DIOCESE OF LAS
CRUCES; AND DOÑA ANA COUNTY
TREASURER,

        Defendants.

ORDER DISMISSING DEFENDANT DOÑA ANA COUNTY TREASURER

Upon review of the signed Disclaimer of Interest filed by Defendant Doña Ana County

Treasurer (ECF No. 45), and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Doña Ana County Treasurer is DISMISSED

as a defendant in this matter.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

Please note that this document has been
electronically filed. To verify its authenticity, please
refer to the Digital File Stamp on the NEF (Notice of
Electronic Filing) accompanying this document.
Electronically filed documents can be found on the
Court's PACER public access system.