### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Kenneth J. Gonzales

*Title:*  *United States of America v. 14.259 Acres of Land, Dona Ana County, New Mexico,*
*CIV 26-1458 KG/GBW*

*Date:*  **Thursday, July 16, 2026**                    *Court Interpreter:*  **None**

*Courtroom Clerk:*  **Theresa A. Hall**                    *Court Reporter:*  **Carmela McAlister**

*Court in Session:*  **10:00 a.m.**    *Court in Recess:*  **10:25 a.m.**    *In-Court Time*: **25 mins.**

*Type of Proceeding:*  **Zoom Status Conference**

*Court's Rulings/Disposition:*  **See below**

**ATTORNEYS PRESENT FOR PLAINTIFF:**
**Annelise Pinto**
**Charlotte Huffman**

**ATTORNEYS PRESENT FOR DEFENDANTS:**
**Kathryn Joy Brack Morrow**
**Seth Wayne**
**Jonathan Backer**
**William Powell**

PROCEEDINGS:

10:00 a.m.                    COURT IN SESSION

Counsel make their appearances and the Court calls the case.

The Court wants to hear from counsel regarding their notification to his chambers of additional briefing needed before having the hearing on July 23, 2026, in Las Cruces, NM.

Ms. Huffman indicates the government will file a motion for judgment on the pleadings on Monday. Summarizes how the United States sees the briefing unfolding.

Mr. Backer, on behalf of the Diocese, suggests that both motions should be fully briefed and heard together.

The Court asks if the parties will be presenting any evidence at the hearing next week.

*Mr. Backer indicates that the Diocese will have testimony from Chancellor Deacon Jim Winder but he is not available on the 23rd.*

*Ms. Huffman indicates there should not be an evidentiary hearing next week. The government will send out the USBs to the Diocese and the Court with drone footage of the site today.*

*The Court takes the matter of vacating the hearing scheduled for next week under advisement.*

*10:25 a.m.    COURT IN RECESS*

2