IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       No. 2:26-cv-01458-KG-GBW

14.259 ACRES OF LAND, MORE OR LESS,
SITUATED IN DOÑA ANA COUNTY,
STATE OF NEW MEXICO, et al.,

    Defendants.

## ORDER VACATING JULY 23, 2026, HEARING

This matter is before the Court following a status conference held on July 16, 2026, via Zoom. By agreement of the parties, the Court will rule on the United States' Opposed Motion for Order of Immediate Possession, Doc. 22, only after full briefing has been completed. The Court hereby vacates the hearing scheduled for July 23, 2026, in Las Cruces, New Mexico.

The Court will give Defendant Catholic Diocese of Las Cruces the option to submit a declaration from Chancellor Deacon Jim Winder in lieu of live testimony.

Lastly, in anticipation of the United States filing a motion for judgment on the pleadings on Monday, July 20, 2026, the Court will require a response from Defendant by Monday, August 3, 2026, and a reply from the United States by Monday, August 10, 2026.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.