IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
       v.                          )          No. 2:26-cv-01458-KG-GBW
14.259 ACRES OF LAND, MORE OR      )
LESS, SITUATED IN DOÑA ANA         )
COUNTY, STATE OF NEW MEXICO, et    )
al.                                )
                                   )
              Defendants.          )
_____)

**ORDER GRANTING DEFENDANT ROMAN CATHOLIC DIOCESE OF LAS CRUCES'
UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Upon consideration of Defendant Roman Catholic Diocese of Las Cruces' Unopposed

Motion for Leave to File an Amended Answer, ECF No. 57, the Motion is **GRANTED**.  The

Diocese **SHALL FILE** its proposed Amended Answer, ECF No. 57-1, by the end of today.



/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.