UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL NO. 2:26-cv-01458-KG-GBW |
| 14.259 ACRES OF LAND, MORE OR LESS, SITUATE IN DOÑA ANA COUNTY, STATE OF NEW MEXICO; CATHOLIC DIOCESE OF LAS CRUCES; AND DOÑA ANA COUNTY TREASURER, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION
TO MODIFY BRIEFING SCHEDULE**

Plaintiff United States of America respectfully requests an order modifying the briefing schedule previously set for its motion for judgment on the pleadings[1] and in support, states the following:

1.      On July 16, 2026, the Court held a status conference, after which it entered an order vacating the hearing scheduled for July 23, 2026, and setting a briefing schedule in anticipation of the United States filing a motion for judgment on the pleadings. ECF No. 54. The briefing schedule provided that a response was due from the Diocese by August 3, 2026, and a reply was due from the United States by August 10, 2026. *Id*.

2.      On July 20, 2026, the United States filed its motion for judgment on the pleadings. ECF No. 56.

---

[1] The Government consulted with the Diocese, through counsel of record, concerning this matter, as required by Local Rule 7.1(a). The Diocese consents to this motion.

1

3.      On July 22, 2026, counsel for the Diocese contacted the United States to request that the Government stipulate that it would not challenge the factual sufficiency of the Diocese's affirmative defenses as pleaded in the Diocese's answer. In the alternative, the Diocese stated it would move to amend its answer as of right pursuant to Fed. R. Civ. P. 15(a)(1)(A)).

4.      The United States could not agree to the proposed stipulation but stated that it had no objection to the Diocese's motion for leave to amend its answer.

5.      On July 28, 2026, the Court granted the Diocese's motion for leave to amend, and the Diocese filed its amended answer. ECF No. 59.

6.      The United States is now preparing a new motion for judgment on the pleadings, with respect to the Diocese's Amended Answer, and anticipates filing said motion within fourteen days after the Amended Answer was filed, or by August 11, 2026.

7.      The United States proposes that a response from the Diocese is due on August 25, 2026, and that the Government's reply is due on September 4, 2026.

Wherefore, the United States respectfully request that the Court grant this motion and enter the attached proposed order.

DATED: July 31, 2026                    Respectfully submitted,

                                        UNITED STATES OF AMERICA

                                        By: /s/ Charlotte Huffman

                                        CHARLOTTE HUFFMAN (IL Bar No. 6296779)
                                        ANNELISE M. PINTO (CA Bar No. 353929)
                                        Trial Attorneys, U.S. Department of Justice
                                        Land Acquisition Section
                                        Environment & Natural Resources Division
                                        P.O. Box 7611, Ben Franklin Station
                                        Washington, D.C. 20044-7611
                                        Tel: (202) 305-5160
                                        Fax: (202) 514-8865

E-mail: charlotte.huffman@usdoj.gov
annelise.pinto@usdoj.gov


ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Tel: (505) 224-1468
Fax: (505) 346-7205
E-mail: andrew.smith@usdoj.gov

*Attorneys for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing United States'

Unopposed Motion to Modify Briefing Schedule using the CM/ECF system and served a copy on

all parties who are registered users of the CM/ECF system and entitled to receive automated notice

of this filing.

Dated: July 31, 2026                                   */s/ Charlotte Huffman*
                                                        Charlotte Huffman
                                                        United States Department of Justice