IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

     Plaintiff,

    vs.                                 CIVIL NO. 2:26-cv-01458-KG-GBW

14.259 ACRES OF LAND, MORE OR LESS,
SITUATE IN DOÑA ANA COUNTY, STATE OF
NEW MEXICO; CATHOLIC DIOCESE OF LAS
CRUCES; AND DOÑA ANA COUNTY
TREASURER,

     Defendants.

## <u>ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE</u>

Upon consideration of Plaintiff United States of America's Unopposed Motion to Modify Briefing Schedule, ECF No. 60, the Motion is **GRANTED**.

In anticipation of the United States filing a motion for judgment on the pleadings with respect to the Diocese's amended answer, the Court sets the following briefing schedule:

| Event | Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | Tuesday, August 11, 2026 |
| Defendant's Response | Tuesday, August 25, 2026 |
| Plaintiff's Reply | Friday, September 4, 2026 |

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.